**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6666

JEFFREY SCOTT ADKINS,

Plaintiff - Appellant,

v.

TONYA D. CHAPMAN, in her capacity as chair of the Virginia Parole Board; REVEREND A. LINCOLN JAMES, in their capacity as a member of the Virginia Parole Board; KEMBA SMITH PRADIA, in their capacity as a member of the Virginia Parole Board; SHERMAN P. LEA, SR., in their capacity as a member of the Virginia Parole Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:21-cv-01061-LMB-JFA)

Submitted:  October 19, 2023                                    Decided:  October 24, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey Scott Adkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Scott Adkins appeals the district court's order granting summary judgment to Defendants in Adkins' 42 U.S.C. § 1983 action alleging violations of his procedural due process rights in connection with the Virginia Parole Board's denial of parole.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Adkins v. Chapman*, No. 1:21-cv-01061-LMB-JFA (E.D. Va. June 1, 2033).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*